IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 05-cr-00315-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     PEDRO CASTORENA-IBARRA,
        a/k/a Pedro Castorena,
        a/k/a Perico,

        Defendant.

## ORDER DESIGNATING MATERIAL WITNESSES AND FOR THE ARREST AND DETENTION OF MATERIAL WITNESSES

Upon the motion of the United States of America, and for good cause shown, pursuant to Title 18, United States Code, Sections 3144 and 3142, it is hereby,

ORDERED that:

(1)    The following persons are declared to be material witnesses in the above-captioned case, and they are bound over to the custody of the United States Marshal for the District of Colorado, who shall detain them until further order of this court:

    1.    Javier Bravo-Garcia, a native and citizen of Mexico by birth on 1964, incarcerated at FCI - Big Springs Texas, Cedar Hill Facility, 1701 Apron Drive, Big Spring, Texas; and

2.  Maria Guadalupe Castorena-Ibarra, a native and citizen of Mexico by birth on 1953, incarcerated at FCI-Dublin, Oakland, California.

(2)  Pursuant to Title 18, United States Code, Section 3142, a detention hearing for each material witness shall be held.

Dated this 7TH day of September, 2006. At 3:30 p.m

SO ORDERED:

*[signature]*

MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO