IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No. 05-cr-00315-LTB**

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

**v.**

**1. PEDRO CASTORENA-IBARRA,**
**a/k/a Pedro Castorena,**
**a/k/a Perico**

   **Defendant.**

_____

**ORDER**
_____

THIS MATTER comes before the Court on the Plaintiff's Motion to Disclose

Grand Jury Material To Defendant, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).

HAVING REVIEWED the motion and being otherwise advised in the bases, the

Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the government's motion is granted, and that grand jury testimony

and grand jury documents may be disclosed to defendant and his attorney in the course of

discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such

materials are disclosed only to defendant and his attorney; that the defense attorney

shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED this ___30th___ day of May, 2008.


BY THE COURT:


___s/Lewis T. Babcock_____
JUDGE LEWIS T. BABCOCK
U.S. DISTRICT COURT JUDGE
DISTRICT OF COLORADO