**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 05-cr-00315-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    PEDRO CASTORENA-IBARRA,
    a/k/a Pedro Castorena,
    a/k/a Perico,

       Defendant.

___

**ORDER**
___

THIS MATTER comes before the Court on the joint motion to continue status/change of plea.

The Court having reviewed the joint motion and being otherwise advised, finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the joint motion to continue status/change of plea is granted and the status/change of plea scheduled for **January 9, 2009, at 11:00 a.m. is vacated and rescheduled to February 5, 2009, at 8:00 a.m.**

Dated: December 29, 2008.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge